# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————————

No. 98-1289EM

——————————

| | | |
|---|---|---|
| Verna Martin, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| St. Louis University, doing business as | * | District of Missouri. |
| St. Louis University Health Sciences | * | |
| Center, doing business as St. Louis | * | [UNPUBLISHED] |
| University Medical Center, | * | |
| | * | |
| Appellee. | * | |

——————————

Submitted: October 6, 1998
Filed: October 8, 1998

——————————

Before FAGG, BEAM, and LOKEN, Circuit Judges.

——————————

PER CURIAM.

Verna Martin appeals the district court's adverse grant of summary judgment in Martin's employment discrimination lawsuit. Having carefully reviewed the record and the parties' briefs, we conclude the district court's judgment was correct and affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.